Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff Guru Denim, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>Plaintiff,<br>vs.<br>RUE SERVICES CORPORATION dba RUE21, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**PLAINTIFF'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF:**<br><br>1. **FEDERAL TRADEMARK INFRINGEMENT;**<br>2. **FALSE DESIGNATIONS OF ORIGIN & FALSE DESCRIPTIONS;**<br>3. **FEDERAL TRADEMARK DILUTION;**<br>4. **TRADEMARK DILUTION UNDER CALIFORNIA LAW;**<br>5. **COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**JURY TRIAL DEMANDED** |

**Plaintiff Guru Denim, Inc. dba True Religion Brand Jeans** ("True Religion") for its claims against **Defendant Rue Services Corporation dba Rue21** ("Rue 21") respectfully alleges as follows:

## JURISDICTION AND VENUE

1. True Religion files this action against Rue21 for trademark counterfeiting, trademark infringement, and trademark dilution under the Lanham Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* (the "Lanham Act"), and for related claims of unfair competition and declaratory relief under the statutory and common law of the State of California. This Court has subject matter jurisdiction over the trademark and copyright infringement claims under 28 U.S.C. §§1331 and 1338(a).

2. This Court has supplemental jurisdiction over the claims in this Complaint arising under state statutory and common law, pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3. This Court has personal jurisdiction over Rue21 because Rue21 conducts business within this judicial district.

4. This action arises out of wrongful acts, including advertising, offering for sale, selling and distributing infringing products by Rue21 within this judicial district. Venue is proper in this district pursuant to 28 U.S.C. §1391 because the claims asserted arise in this district.

## THE PARTIES

5. Plaintiff Guru Denim, Inc. dba True Religion Brand Jeans, a subsidiary of True Religion Apparel, Inc., is a corporation duly organized and existing under the laws of the state of California with an office and principal place of business at 2263 East Vernon Avenue, Vernon, California 90058.

6. Upon information and belief, Defendant Rue Services Corporation dba Rue21 is a corporation duly organized and existing under the laws of the state of Delaware with an office and principal place of business at 800 Commonwealth Drive, Warrendale, Pennsylvania 15086.

7. True Religion is unaware of the names and true capacities of Defendants, whether individual, corporate and/or partnership entities, named herein as DOES 1

through 10, inclusive, and therefore sues them by their fictitious names. True Religion will seek leave to amend this complaint when their true names and capacities are ascertained. True Religion is informed and believes and based thereon alleges that said Defendants and DOES 1 through 10, inclusive, are in some manner responsible for the wrongs alleged herein, and that at all times referenced each was the agent and servant of the other Defendants and was acting within the course and scope of said agency and employment.

8. True Religion is informed and believe, and based thereon allege, that at all relevant times herein, Defendants and DOES 1 through 10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior. True Religion further alleges that Defendants and DOES 1 through 10, inclusive, have a non-delegable duty to prevent or cause such acts and the behavior described herein, which duty Defendants and DOES 1 though 10, inclusive, failed and/or refused to perform.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A. The True Religion Brand and its Famous U Marks

9. True Religion has been a leading designer of popular, high-quality, designer garments, including jeanswear, sportswear, accessories and other products under the trademark and trade name TRUE RELIGION.

10. Since its inception in 2002, True Religion has emerged as a global power in men's, women's and children's fashion with worldwide sales and distribution.

11. As of March 2013, True Religion operated 124 stores in the United States, including those within this judicial district, and 31 international stores. True Religion products can also be purchased through its official website - www.truereligion.com.

12. True Religion brand of products are regularly the subject of much unsolicited, laudatory press coverage in various media, including editorial coverage in fashion and lifestyle magazines such as Vanity Fair, People, Lucky, US Weekly,

3
PLAINTIFF'S COMPLAINT FOR DAMAGES

Nylon, Women's Wear Daily, Vogue, Marie Claire, Elle and In Style, in addition to numerous magazines in several other countries worldwide.

13. Celebrities and entertainers such as Kate Beckinsale, David Beckham, Courtney Cox, Faith Evans, Jennifer Garner, Heather Graham, Kate Hudson, Angelina Jolie, Heidi Klum, Jennifer Lopez, Madonna, Gwyneth Paltrow, Jessica Simpson, Jada Pinkett Smith, Gwen Stefani, Justin Timberlake, Usher, and Bruce Willis, are among the many enthusiasts of True Religion Brand Jeans.

14. True Religion has distinguished itself as a leader in the high-end denim market for men, women and kids by its fashion-forward seams, remarkable embroidery and hand-sanded vintage washes.

15. True Religion is the owner of the trademark registrations for the word mark "TRUE RELIGION" (registrations include but are not limited to U.S. Reg. Nos. 3,628,973 and 3,162,614) and "TRUE RELIGION BRAND JEANS" (registrations include but are not limited to U.S. Reg. Nos. 2,761,793 and 3,120,797) as well as various composite trademarks comprising said word marks and assorted design components (collectively "True Religion Marks").

16. Amongst the many True Religion Marks, one of the most well-known and recognized marks is the "U" Mark. True Religion has used the "U" Mark in association with the sale of goods, including jeans, jackets, and shorts, since as early as 2002. The "U" Mark was first registered at the U.S Patent and Trademark office in 2006. Since then, True Religion has used and registered variations of the "U" Mark with the United States Patent and Trademark Office (collectively "U Marks"). Trademark registrations for the "U" Mark under International Class 25 for clothing include, *without limitation*, the following:

| Trademark | U.S. Reg. No. or Serial No. | Date of Registration/Filing |
|---|---|---|

| | | |
|---|---|---|
| | 3,147,244 | 09/26/2006 |
| | 3,482,001 | 08/05/2008 |
| | 3,561,466 | 01/13/2009 |
| | 3,561,705 | 01/13/2009 |
| | 3,565,332 | 01/20/2009 |
| | 3,561,710 | 01/13/2009 |

| Mark | Registration/Serial No. | Date |
|---|---|---|
| (horseshoe outline design) | 3,565,180 | 01/20/2009 |
| (brushstroke horseshoe design) | 3,565,138 | 01/20/2009 |
| (pocket with horseshoe stitching design) | 3,568,127 | 01/27/2009 |
| (horseshoe with loops design) | 85/329645 | 05/25/2011 |
| (shield-like horseshoe design) | 85/329590 | 05/25/2011 |
| (horseshoe with wings design) | 85/328952 | 05/24/2011 |

| | 85/328553 | 05/24/2011 |
|---|---|---|
| [horseshoe design] | | |

17. The U Marks are inherently distinctive, are nonfunctional, and serve to identify True Religion as the source/origin of the goods on which they appear. Indeed some of the registrations for the U Marks have become incontestable.

18. True Religion-branded products and their packaging all prominently bear the True Religion Marks, including the U Marks, which are often featured on the pocket flaps, labels/tags, and packaging.

19. Each of the True Religion Marks, including the U Marks, has been continually used in commerce since its respective date of first issue.

20. Because of True Religion's extensive use of the U Marks, True Religion has built up significant goodwill therein.

21. Due to True Religion's long use, extensive sales, and significant advertising and promotional activities, the U Marks have achieved widespread acceptance and recognition among the consuming public and trade throughout the United States.

**B.    Rue21's Infringing Activities**

22. Upon information and belief, True Religion hereon avers that Defendant Rue21 advertises, offers for sale, and sells apparel and related products at various retail stores nationwide, including many located within this judicial district.

23. Customers nationwide, including those within this judicial district, can also purchase products from Rue21 via its website - www.rue21.com

24. True Religion has recently discovered that Rue21 has engaged in the production, manufacture, promotion, advertisement, distribution, offering for sale, and/or sale of products bearing a pocket design (shown below) that is substantially

1  indistinguishable and/or confusingly similar to that of True Religion's U Marks
2  ("Infringing Products").



9  25. Rue21 is not authorized by True Religion to manufacture, distribute,
10 advertise, offer for sale, and/or sell merchandise bearing any of True Religion's
11 trademarks.

## FIRST CLAIM FOR RELIEF

### (Federal Trademark Infringement – 15 U.S.C. § 1114)

26. True Religion incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

27. True Religion's U Marks are nationally recognized, including within the Central District of California, as being affixed to goods and merchandise of the highest quality and coming from True Religion.

28. The registrations embodying the U Marks are in full force and effect and True Religion has authorized responsible manufacturers and vendors to sell merchandise with these marks.

29. Rue21's unauthorized use of the U Marks in interstate commerce and advertising relating to same constitutes false designation of origin and a false representation that the goods are manufactured, offered, sponsored, authorized, licensed by or otherwise connected with True Religion or come from the same source as True Religion's goods and are of the same quality as that assured by True Religion's U Marks.

30. Rue21's use of the U Marks are without True Religion's permission or authority and in total disregard of True Religion's rights to control its trademarks.

31. Rue21's infringing activities are likely to lead to and result in confusion, mistake or deception, and are likely to cause the public to believe that True Religion has produced, sponsored, authorized, licensed or is otherwise connected or affiliated with Rue21's commercial and business activities, all to the detriment of True Religion.

32. Upon information and belief, Rue21's acts are deliberate and intended to confuse the public as to the source of Rue21's goods or services and to injure True Religion and reap the benefit of True Religion's goodwill associated with the U Marks.

33. As a direct and proximate result of Rue21's willful and infringing conduct, True Religion has been injured and will continue to suffer injury to its business and reputation unless Rue21 is restrained by this Court from infringing on the U Marks.

34. True Religion has no adequate remedy at law.

35. In light of the foregoing, True Religion is entitled to injunctive relief prohibiting Rue21 from using True Religion's U Marks, or any marks confusingly similar thereto, for any purpose, and to recover from Rue21 all damages, including attorneys' fees, that True Religion has sustained and will sustain as a result of such infringing acts, and all gains, profits and advantages obtained by Rue21 as a result thereof, in an amount not yet known, as well as the costs of this action pursuant to 15 U.S.C. § 1117(a), attorneys' fees and treble damages pursuant to 15 U.S.C. § 1117(b), and/or statutory damages pursuant to 15 U.S.C § 1117(c).

## SECOND CLAIM FOR RELIEF

**(False Designations of Origin & False Descriptions – 15 U.S.C. § 1125(a))**

36. True Religion incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

37. Rue21's unauthorized use of True Religion's U Marks on its merchandise in interstate commerce and advertising relating to same constitutes false designation of

origin and a false representation that the goods are manufactured, offered, sponsored, authorized, licensed by or otherwise connected with True Religion or come from the same source as True Religion's goods when in fact they do not.

38. Rue21's use of True Religion's U Marks are without True Religion's permission or authority and in total disregard of True Religion's rights to control its trademarks.

39. Rue21's activities are likely to lead to and result in confusion, mistake or deception, and are likely to cause the public to believe that True Religion has produced, sponsored, authorized, licensed or is otherwise connected or affiliated with Rue21's commercial and business activities, all to the detriment of True Religion.

40. True Religion has no adequate remedy at law.

41. In light of the foregoing, True Religion is entitled to injunctive relief prohibiting Rue21 from using any of True Religion's registered marks, including the U Marks, or any marks confusingly similar thereto, and to recover all damages, including attorneys' fees, that True Religion has sustained and will sustain, and all gains, profits and advantages obtained by Rue21 as a result of its infringing acts alleged above in an amount not yet known, and the costs of this action.

### THIRD CLAIM FOR RELIEF

**(Federal Trademark Dilution – 15 U.S.C. § 1125(c))**

42. True Religion incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

43. True Religion's U Marks are "famous" within the meaning of the Lanham Act.

44. Rue21's acts described above have diluted and continue to dilute True Religion's unique and distinctive trademarks. These acts violate the Lanham Act, have injured and, unless immediately restrained, will continue to injure True Religion, causing damage to True Religion in an amount to be determined at trial, as well as

irreparable injury to True Religion's goodwill and reputation associated with the value of the U Marks.

45. Upon information and belief, Rue21's infringing activities began long after True Religion's U Marks became famous.

46. Upon information and belief, Rue21 acted knowingly, deliberately and willfully with the intent to trade on True Religion's reputation and to dilute the value of True Religion's U Marks. Rue21's conduct is willful, wanton and egregious.

47. True Religion has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Rue21's infringing acts, unless they are enjoined by this Court.

48. In light of the foregoing, True Religion is entitled to injunctive relief prohibiting Rue21 from using any of True Religion's registered marks, including the U Marks, and to recover all damages, including attorneys' fees, that True Religion has sustained and will sustain, and all gains, profits and advantages obtained by Rue21 as a result of its infringing acts alleged above in an amount not yet known, and the costs of this action.

## FOURTH CLAIM FOR RELIEF

### (Trademark Dilution in Violation of California Law)

49. True Religion incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

50. The U Marks are distinctive in the state of California by virtue of their substantial inherent and acquired distinctiveness, extensive use in the state of California, and the extensive advertising and wide spread publicity of the marks in the state of California.

51. As a result of the substantial inherent and acquired distinctiveness of the U Marks, its extensive use in the state of California, and the extensive advertising and publicity thereof, the U Marks have become strong and is widely renowned.

52. The actions of Rue21 complained of herein are likely to injure the business reputation and dilute the distinctive quality of the U Marks, which are famous.

53. The foregoing acts of Rue21 constitute dilution and injury to business reputations in violation of the California Business and Professions Code.

54. The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on True Religion in reckless disregard of True Religion's rights. Said conduct was despicable and harmful to True Religion and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of the Rue21 and to deter it from similar such conduct in the future.

55. By reason of the foregoing, True Religion is being damaged by Rue21's unauthorized use of the U Marks in the manner set forth above, and will continue to be damaged unless Rue21 is immediately enjoined under Section 14247 of the California Business and Professions Code from using the U Marks.

56. True Religion will be irreparably injured by the continued acts of Rue21, unless such acts are enjoined.

57. Rue21's acts have damaged and will continue to damage True Religion, and True Religion has no adequate remedy at law.

58. In light of the foregoing, True Religion is entitled to injunctive relief prohibiting Rue21 from using the U Marks for any purpose, destruction of the counterfeit merchandise, and recovery of up to three times its profits from, and up to three times all damages suffered by reason of, Rue21's wrongful manufacture, use, display, or sale of infringing products.

## FIFTH CLAIM FOR RELIEF

**(Common Law Trademark Infringement and Unfair Competition)**

59. True Religion incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

60. True Religion owns and enjoys common law trademark rights in California and throughout the United States.

61. Rue21's infringing acts in appropriating rights in True Religion's common law trademarks were intended to capitalize on True Religion's goodwill for Rue21's own pecuniary gain. True Religion has expended substantial time, resources and effort to obtain an excellent reputation for itself and its family of trademarks and logos. As a result of True Religion's efforts, Rue21 is now unjustly enriched and are benefiting from property rights that rightfully belong to True Religion.

62. Rue21's unauthorized use of True Religion's U Marks have caused and is likely to cause confusion as to the source of Rue21's clothing, all to the detriment of True Religion.

63. Rue21's acts are willful, deliberate, and intended to confuse the public and to injure True Religion.

64. Rue21's acts constitute unfair competition under California common law.

65. True Religion has been irreparably harmed and will continue to be irreparably harmed as a result of Rue21's infringing acts unless Rue21 is permanently enjoined from its infringing conduct.

66. The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on True Religion in reckless disregard of True Religion's rights. Said conduct was despicable and harmful to True Religion and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of the Rue21 and to deter it from similar such conduct in the future.

67. True Religion has no adequate remedy at law.

68. In light of the foregoing, True Religion is entitled to injunctive relief prohibiting Rue21 from using any of True Religion's registered marks, including the U Marks, and to recover all damages, including attorneys' fees, that True Religion has sustained and will sustain and all gains, profits and advantages obtained by Rue21 as a

result of its infringing acts alleged above in an amount not yet known, and the costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, True Religion respectfully prays that this Court enter judgment in its favor and against Rue21 as follows:

1. Granting temporary, preliminary and permanent injunctive relief restraining and enjoining Rue21, its officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with it from using the True Religion Marks, including the U Marks, or any marks confusingly similar thereto, including, but not limited to:

   (a) manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling the Infringing Products or any other products which bear the True Religion Marks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto;

   (b) engaging in any other activity constituting unfair competition with True Religion, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with True Religion;

   (c) engaging in any other activity that will dilute the distinctiveness of the True Religion Marks;

   (d) committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Rue21 is licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with True Religion;

2. Ordering Rue21 to recall from any distributors and retailers and to deliver to True Religion for destruction or other disposition all remaining inventory of all infringing products, including all advertisements, promotional and marketing materials therefore, as well as means of making same;

3. Ordering Rue21 to file with this Court and serve on True Religion within thirty (30) days after entry of the injunction a report in writing, under oath setting forth in detail the manner and form in which Rue21 has complied with the injunction;

4. Ordering an accounting by Rue21 of all gains, profits and advantages derived from its wrongful acts;

5. Awarding True Religion all of Rue21's profits and all damages sustained by True Religion as a result of Rue21's wrongful acts, and such other compensatory damages as the Court determines to be fair and appropriate pursuant to 15 U.S.C. § 1117(a);

6. Awarding treble damages in the amount of Rue21's profits or True Religion's damages, whichever is greater, for willful infringement pursuant to 15 U.S.C. § 1117(b);

7. Awarding applicable interest, costs, disbursements and attorneys' fees, pursuant to 15 U.S.C. § 1117(b);

8. Awarding True Religion's statutory damages pursuant to 15 U.S.C. §1117(c);

9. Such other relief as may be just and proper.

DATED: July 17, 2014

BLAKELY LAW GROUP

By: _____
Brent H. Blakely
Cindy Chan
*Attorneys for Plaintiff*
*Guru Denim, Inc.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Guru Denim, Inc. hereby demands a trial by jury as to all claims in this litigation.

DATED: July 17, 2014

BLAKELY LAW GROUP

By: *[signature]*
Brent H. Blakely
Cindy Chan
*Attorneys for Plaintiff*
*Guru Denim, Inc.*